McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EATHER L. THOMAS,<br><br>            Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>            Defendant. | No. 2:06-CV-01759 (JFM)<br><br>STIPULATION AND ORDER |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Page 408 of the Certified Administrative Transcript is a confidential record pertaining to an individual other than Plaintiff;

2) Page 408 will be removed from the Certified Administrative Transcript and from all copies of the transcript, and destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel;

3) The Certified Administrative Transcript, thus redacted, will be filed in this action as

part of the Commissioner's Answer to Plaintiff's complaint;

4) Page 408, mistakenly included in the Transcripts, will not be disclosed to anyone;

5) The inadvertent inclusion of Page 408 in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED: November 20, 2006          */s/ Richard A. Whitaker (as authorized on*
                                   *November 19, 2006)*
                                   RICHARD A. WHITAKER
                                   Attorney at Law

                                   Attorney for Plaintiff

DATED: November 20, 2006          McGREGOR W. SCOTT
                                   United States Attorney
                                   BOBBIE J. MONTOYA
                                   Assistant U.S. Attorney

                          By:     */s/ Bobbie J. Montoya for*
                                   JACQUELINE A. FORSLUND
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION


---

ORDER

APPROVED AND SO ORDERED.

DATED: December 7, 2006.


UNITED STATES MAGISTRATE JUDGE


13/Moulds Social Security Cases
Thomas.stipord.redactAT.ss.wpd

THOMAS v. Barnhart
Redaction Stip.& Order          2
2:06-cv-01759 (JFM)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THOMAS v. Barnhart
Redaction Stip.& Order
2:06-cv-01759 (JFM)                    **3**