1 | Richard A. Whitaker (SBN58618)
**The Law Offices of Richard A. Whitaker**
2 | 301 Dickson Hill Road, Suite B
Fairfield, CA 94533
3 | (707) 427-2237

4 | Attorneys for Plaintiff
**EATHER L. THOMAS**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| EATHER L. THOMAS, | ) Case No. 2:06-CV-01759 GGH |
|---|---|
| Plaintiff, | ) ORDER EXTENDING PLAINTIFF'S |
| | ) TIME TO REPLY TO DEFENDANT'S |
| v. | ) CROSS-MOTION FOR SUMMARY |
| | ) JUDGMENT. |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, electronically filed March 23, 2007, showing good cause for a requested extension of Plaintiff's time to reply fo Defendant's cross-motion for summary judgment, the request is hereby APPROVED.

Plaintiff shall file his reply on or before April 27, 2007.

SO ORDERED.

Dated: 3/27/07                   /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

thomas.eot

1